IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB COMBS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 12-5336** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al** | : | |

## ORDER

**AND NOW**, this 10th day of April, 2014, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 16), the Report and Recommendation filed by Chief United States Magistrate Judge Carol Sandra Moore Wells (Document No. 17) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Wells is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

_____
TIMOTHY J. SAVAGE, J.